# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| State of Alaska<br><br>                           Plaintiff(s),<br>vs.<br>DEB HAALAND, Secretary of the Interior, U.S. DEPARTMENT OF THE INTERIOR, TRACY STONE-MANNING, Director of the Bureau of Land Management, and BUREAU OF LAND MANAGEMENT<br>                           Defendant(s). | Case No. -<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Tyler Carlton, hereby apply for permission to appear and
      (name)

participate as counsel for State of Alaska, Plaintiff,
                        (Name of party)                          (plaintiff/defendant)

in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States

District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT

ASSOCIATION of local counsel because [check whichever of the following boxes apply, if

any]:

[x] I am a registered participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

[ ] I have concurrently herewith submitted an application to the Clerk of the Court for

registration as a participant in the CM/ECF System for the District of Alaska and consent

to service by electronic means through the court's CM/ECF System.

[ ] For the reasons set forth in the attached memorandum.

**OR**

I hereby designate  Ron Opsahl                                    , a member of the Bar of this court,
                        (Name)

who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: 7/24/2024

_____
(Signature)

Tyler Carlton
(Printed Name)

2394 E. Camelback Road Suite 600
(Address)

Phoenix, AZ 85016
(City/State/Zip)

602-916-5404
(Telephone Number)

tcarlton@fennemorelaw.com
(e-mail address)

Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: 7/24/2024

_____ AK Bar No. 2108081
(Signature)

Ron Opsahl
(Printed Name)

1031 W. Fourth Avenue, Suite 200
(Address)

Anchorage, Alaska 99501
(City, State, Zip)

907-269-5232
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Tyler Carlton

Business Address: 2394 E. Camelback Road Suite 600, Phoenix, AZ 85016
(Mailing/Street) (City, State, ZIP)

Residence: 4444 N. 25th Street Unit 8, Phoenix, AZ 85016
(Mailing/Street) (City, State, ZIP)

Business Telephone: 602-916-5404   e-mail address: tcarlton@fennemorelaw.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| Arizona | 1501 W. Washington Street Phoenix, AZ 85007 | 2019 |
| | | |
| | | |
| | | |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒   (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: 07/24/2024

_____
(Signature of Applicant)

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

**TYLER CARLTON**

was on the 14th day of June, 2019 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 7th day of November, 2022.

TRACIE K. LINDEMAN, Clerk

By _Ana Ramirez_
Ana Ramirez
Deputy Clerk III



# Supreme Court

**STATE OF ARIZONA**
**ADMINISTRATIVE OFFICE OF THE COURTS**

**ROBERT BRUTINEL**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **TYLER CARLTON** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on June 14, 2019 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this OCTOBER 24 2022.

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Margaret Lindsey
Associate Disciplinary Clerk