TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

FENNEMORE CRAIG P.C.
Norman D. James (AZ Bar No. 006901)
Tyler D. Carlton (AZ Bar No.035275)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Phone: (602) 916-5000
Facsimile: (602) 916-5546
Email:  njames@fennemorelaw.com
        tcarlton@fennemorelaw.com
*(admitted pro hac vice)*
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> DEB HAALAND, Secretary of the ) <br> Interior, U.S. DEPARTMENT OF THE ) <br> INTERIOR, TRACY STONE- ) <br> MANNING, Director of the Bureau of ) <br> Land Management, and BUREAU OF ) <br> LAND MANAGEMENT, ) <br> ) <br>     Defendants. ) | Case No. 3:24-cv-00161-SLG <br><br> **NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND ADDRESS** |

Norman D. James, counsel for Plaintiff, State of Alaska in the above entitled-matter, hereby provides notice that he will become affiliated with the law firm of Dorsey & Whitney LLP, effective September 3, 2024. Mr. James new address, telephone number, and e-mail address will be:

>Norman D. James
>Dorsey & Whitney LLP
>2325 E. Camelback Rd., Suite 300
>Phoenix, AZ 85016
>Telephone: 602-735-2699
>Email: james.norman@dorsey.com

All future communications, notices, pleadings and other court documents, and correspondence relating to this matter should be directed to Mr. James at the above law firm and address.

Mr. James is registered for the Electronic Case Filing System and will update his Pacer account to reflect the forgoing changes to his law firm affiliation and address.

RESPECTFULLY SUBMITTED this 30th day of August, 2024.

> FENNEMORE CRAIG, P.C.
>
> By /s/ Norman D. James
> Norman D. James
> Tyler D. Carlton
>
> *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on August 30, 2024, I filed the foregoing Notice of Law Firm Affiliation and Address electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means.

                          *s/ Norman D. James*
                          Norman D. James