Bridget Psarianos (AK Bar No. 1705025)
Joanna Cahoon (AK Bar No. 1405034)
TRUSTEES FOR ALASKA
121 W. Fireweed Lane, Suite 105
Anchorage, AK 99503
Phone: (907) 276-4244
Fax: (907) 276-7110
bpsarianos@trustees.org
jcahoon@trustees.org

*Attorneys for Movant Intervenor-
Defendants Northern Alaska Environmental
Center and Alaska Wilderness League*

Barbara Chillcott (MT Bar No. 8078)
(*pro hac vice*)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
(406) 430-3023
chillcott@westernlaw.org

David Woodsmall (OR Bar No. 240631)
(*pro hac vice*)
Western Environmental Law Center
120 Shelton McMurphey Blvd., Suite 340
Eugene, OR 97401
(971) 285-3632
woodsmall@westernlaw.org

*Attorneys for Movant Intervenor-
Defendants Badlands Conservation
Alliance, Center for Biological Diversity,
Citizens for a Healthy Community, Diné
Citizens Against Ruining Our Environment,
San Juan Citizens Alliance, Sierra Club,
and WildEarth Guardians*

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| STATE OF ALASKA, | Case No. 3:24-cv-00161-SLG |
|---|---|
| Plaintiff, | |
| v. | |
| DEB HAALAND, Secretary of the Interior, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE OF JOANNA CAHOON

Movant Intervenor-Defendants Northern Alaska Environmental Center and Alaska Wilderness League, hereby give notice of the appearance of Joanna Cahoon as their counsel in the above-captioned case. Ms. Cahoon is registered to use the Court's electronic case filing system and may be served electronically.

Respectfully submitted this 9th day of October, 2024.

        s/ Joanna Cahoon
        Bridget Psarianos (AK Bar No. 1705025)
        Joanna Cahoon (AK Bar No. 1405034)
        TRUSTEES FOR ALASKA
        *Attorneys for Movant Intervenor-Defendants Northern Alaska Environmental Center and Alaska Wilderness League*

# CERTIFICATE OF SERVICE

      I certify that on October 9, 2024, I caused a copy of the NOTICE OF APPEARANCE OF JOANNA CAHOON to be electronically filed with the Clerk of the Court for the U.S. District Court of Alaska using the CM/ECF system which will send electronic notification of such filings to the attorneys of record in this case.

      /s/ Joanna Cahoon
      Joanna Cahoon