IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEB HAALAND, Secretary of the Interior, *et al.*,<br><br>    Defendants. | Case No. 3:24-cv-161-SLG |

### ORDER RE JOINT MOTION TO MODIFY SCHEDULING ORDER

Upon due consideration, the parties' Joint Motion to Modify Scheduling Order at Docket 38 is hereby GRANTED. IT IS ORDERED that the following schedule shall govern further proceedings in this case:

**I.**   **Administrative Record (AR):**

Defendants file and serve the AR: November 4, 2024.

Plaintiffs identify concerns regarding sufficiency of the AR: January 8, 2025.

Defendants respond to concerns or supplement the AR: January 31, 2025.

Plaintiffs file motion(s) (if any) on sufficiency of the AR: February 14, 2025.

If any motions to supplement or complete the AR are filed, the below briefing schedule will be suspended.

**II.**   **Merits Briefing:**

If no AR motion is filed, Plaintiffs file opening brief: April 4, 2025.

Defendants file response brief: May 16, 2025.

Plaintiffs file reply brief: June 27, 2025.

Except as provided herein, this proceeding shall be governed by Local Civil Rule 16.3.

DATED this 29th day of October 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-161-SLG, *State of Alaska v. Haaland, et al.*
Order re Joint Motion to Modify Scheduling Order
Page 2 of 2

Case 3:24-cv-00161-SLG   Document 39   Filed 10/29/24   Page 2 of 2