ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street
North Terrace – Suite 600
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>  Plaintiff,<br><br>v.<br><br>DOUGLAS BURGUM, Secretary of the Interior, *et al.*,<br><br>  Defendants,<br><br>CONSERVATION LANDS FOUNDATION, *et al.*,<br><br>  Intervenor-Defendants,<br><br>  and<br><br>NORTHERN ALASKA ENVIRONMENTAL CENTER, *et al*.,<br><br>  Intervenor-Defendants. | No. 3:24-cv-161-SLG<br>Honorable Sharon L. Gleason<br><br>**JOINT STATUS REPORT** |

Defendants Douglas Burgum, Secretary of the Interior, *et al.*, Plaintiff State of

Alaska, and Intervenor-Defendants Conservation Lands Foundation *et al.* and Intervenor-

Defendants Northern Alaska Environmental Center, *et al.* respectfully submit this joint status report in response to the Court's February 13, 2025 Order, ECF No. 47. Federal Defendants request that the stay be extended by an additional sixty days to allow new administration officials to continue to evaluate the litigation and determine how they wish to proceed. No party opposes this request.

This case challenges the Conservation and Landscape Health Rule, 89 Fed. Reg. 40,308 (May 9, 2024) ("Public Lands Rule"). Plaintiffs allege that the U.S. Bureau of Land Management violated the Federal Land Policy and Management Act, Alaska National Interest Lands Conservation Act, and National Environmental Policy Act in promulgating the rule. *See* Compl., ECF No. 1. At Federal Defendants' request, merits briefing has been stayed. *See* February 13, 2025 Order.

Courts have broad discretion to stay proceedings and to defer judicial review in the interest of justice and efficiency. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *see also CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962); *Am. Petroleum Inst. v. EPA*, 683 F.3d 382, 388 (D.C. Cir. 2012) (premature and unnecessary judicial review "would hardly be sound stewardship of judicial resources").

Federal Defendants report that due to the recent change in administration on January 20, 2025, there is new leadership at the Department of the Interior. Those new officials are in the process of familiarizing themselves with the Public Lands Rule and the

litigation regarding the rule. In addition, Secretary's Order 3418 directs Department of the Interior staff to review certain previously issued rules, including the Public Lands Rule, and take steps, as appropriate, to suspend, revise, or rescind such rules. *See* Secretary's Order No. 3418 § 4.b., available at: https://www.doi.gov/document-library/secretary-order/so-3418-unleashing-american-energy (last visited Mar. 20, 2025). To allow further time for the Department of the Interior to conduct that review process, the government respectfully requests that the Court stay these proceedings for an additional sixty days. At the end of the sixty day period, the parties would file another status report indicating how the parties intend to proceed.

A proposed order is attached hereto.

Respectfully submitted this 14th day of April 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Luther L. Hajek*
LUTHER L. HAJEK (CO Bar # 44303)
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
999 18th Street
North Terrace – Suite 600
Denver, CO 80202
Tel: (303) 844-1376 / Fax: (303) 844-1350
luke.hajek@usdoj.gov

*Counsel for Defendants*

TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)

Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

DORSEY & WHITNEY LLP

By: *Norman D. James*
Norman D. James (AZ Bar No. 006901)
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Phone: (602) 735-2699
james.norman@dorsey.com
*Admitted pro hac vice*
Attorneys for Plaintiff State of Alaska


/s/ *Joanna Cahoon*
Joanna Cahoon (AK Bar No. 1405034)
Bridget Psarianos (AK Bar. No 1705025)
TRUSTEES FOR ALASKA

*Attorneys for Northern Alaska Environmental*
*Center and Alaska Wilderness League*

/s/ *Barbara Chillcott*
Barbara Chillcott (MT Bar No. 8078)
(admitted pro hac vice)
David Woodsmall (OR Bar No. 240631)
(admitted pro hac vice)
Western Environmental Law Center

*Attorneys for Badlands Conservation Alliance,*
*Center for Biological Diversity, Citizens for a*
*Healthy Community, Diné Citizens Against*
*Ruining our Environment, San Juan Citizens*
*Alliance, Sierra Club, and WildEarth*
*Guardians*

/s/ *Andrew Hursh*

Andrew Hursh (*pro hac vice*)
Sarah Stellberg (*pro hac vice*)
Todd Tucci (*pro hac vice*)
ADVOCATES FOR THE WEST

Nathaniel H. Hunt (*pro hac vice*)
Samantha R. Caravello (*pro hac vice*)
KAPLAN KIRSCH LLP

*Attorneys for Intervenor-Defendants*
*Conservation Lands Foundation and*
*The Wilderness Society*

Case 3:24-cv-00161-SLG    Document 48    Filed 04/14/25    Page 5 of 5